# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

No. 1D18-67

——————————————————

WILLIAM HENRY BROWN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

——————————————————

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

January 7, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

——————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————————

William Henry Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.